FILED ___ LODGED
RECEIVED ___ COPY

NOV 21 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

v.

Urbano Dominguez-Diaz,
a.k.a.: Urbano Diaz,
a.k.a.: Urbano Diaz Dominqguez

    Defendant.

NO. CR-17-01530-PHX-GMS(JZB)

# INDICTMENT

VIO: 8 U.S.C. § 1326(a) and (b)(1)
(Reentry of Removed Alien)
Count 1

THE GRAND JURY CHARGES:

On or about August 4, 2016, at or near Phoenix, in the District of Arizona, URBANO DOMINGUEZ-DIAZ, an alien, was found in the United States of America after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about September 17, 2015, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission.

In violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: November 21, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

    /S/
MARGARET PERLMETER
Assistant U.S. Attorney